_____

Affirmed by unpublished per curiam opinion.

_____

COUNSEL

Joel S. Trilling, Asheville, North Carolina, for Appellant. Mark T.
Calloway, United States Attorney, Brian Lee Whisler, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See
Local Rule 36(c).

_____

OPINION

PER CURIAM:

David Eugene Crawford appeals his conviction and sentence following his plea of guilty to conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. S 846 (1994). We affirm pursuant to the law of the case doctrine. See Columbus-American Discovery Group v. Atlantic Mut. Ins. Co., 203 F.3d 291, 304 (4th Cir. 2000).

Crawford contends that the district court failed to establish a factual basis for his plea, the Government breached the plea agreement, and the district court erred in attributing more than five kilograms of drugs to Crawford. Crawford previously presented each of these arguments to the court in a motion to vacate under 28 U.S.C.A. S 2255. See United States v. Crawford, No. 97-7138 (4th Cir. Sept. 3, 1998) (per curiam) (unpublished). Because this Court previously considered these arguments on the merits and none of the exceptions enumerated in United States v. Aramony, 166 F.3d 655, 661 (4th Cir.), cert. denied, 526 U.S. 1146 (1999), apply, we affirm the district court's order of judgment and conviction.

AFFIRMED

UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                        No. 99-4774

DEVIN TAYLOR,
Defendant-Appellant.

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Catherine C. Blake, District Judge.
(CR-98-454)

Submitted: May 11, 2000

Decided: May 19, 2000

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

COUNSEL

Thanos Kanellakos, THANOS KANELLAKOS, P.C., Baltimore,
Maryland, for Appellant. Lynne A. Battaglia, United States
Attorney,
Angela R. White, Assistant United States Attorney, Baltimore,
Mary-
land, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See
Local Rule 36(c).

OPINION

PER CURIAM:

Devin Taylor appeals his 262-month sentence based upon a guilty plea to conspiracy to distribute and possess with intent to distribute heroin in violation of 18 U.S.C.A. S 846 (West 1999). Taylor contends that the sentencing court erred in finding he was a career offender based upon his prior state court conviction for escape from custody. Taylor argues this prior state conviction was not a "crime of violence" under U.S. Sentencing Guidelines Manual S 4B1.2 (1998).

Because Taylor's sentence fell within the two overlapping, disputed guidelines ranges and because the court expressly announced the sentence it imposed would have been the same under either guidelines range, review of the issue presented by Taylor is unnecessary. See United States v. White, 875 F.2d 427, 432-33 (4th Cir. 1989) (quoting United States v. Bermingham, 855 F.2d 925, 931 (2d Cir. 1988)).

Accordingly, we affirm Taylor's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2

UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                              No. 99-4880

PAUL DAVID HOUSE,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
James C. Fox, District Judge.
(CR-96-174-BR)

Submitted: May 11, 2000

Decided: May 19, 2000

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

COUNSEL

Edwin C. Walker, Acting Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for
Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See
Local Rule 36(c).

_____

OPINION

PER CURIAM:

Paul David House appeals the district court's revocation of his
supervised release term and probation sentence, and its
consecutive
sentences based on House's admitted violations of the conditions
of
his supervised release and probation. House raises three issues
on
appeal: (1) the district court erred in imposing consecutive
sentences;
(2) the district judge failed to comply with the provisions of 18
U.S.C.
S 3584(b); and (3) the district court violated 18 U.S.C. S
3553(c), by
failing to state its reasons for the sentence imposed. Because
House
failed to object to the sentence or the manner in which it was
imposed, we review his claims for plain error. See United States
v.
Olano, 507 U.S. 725, 731 (1993).

Our review of the record reveals that the district court made
find-
ings of fact regarding each violation of supervised release and
proba-
tion, and that it considered the applicable guidelines
provisions,* as
well as House's recidivist tendencies in imposing sentence.
Accord-
ingly, we find that the district court was well within its
discretion to
impose consecutive sentences on House's violations of his terms
of
supervised release and probation, see United States v. Johnson,
138
F.3d 115, 119 (4th Cir. 1998), and further find that there was no
plain
error in the district court's compliance with the applicable
statutory

provisions. See id.; United States v. Davis, 53 F.3d 638, 642 (4th Cir.
1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court
and argument would not aid the decisional process.

AFFIRMED

_____

*See Chapter 7 of the U.S. Sentencing Guidelines.

2

UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                         No. 99-7